**1322**

Douglas T. BROWN et al.

v.

Lorraine ELSTON et al.

No. 80–589–M.P.

Supreme Court of Rhode Island.

Feb. 11, 1981.

Richard R. Ackerman, Richard R. Ackerman, Inc., Woonsocket, for petitioners.

Mortimer C. Newton, Providence, for respondents.

ORDER

The petition for writ of certiorari is granted.

CITY OF EAST PROVIDENCE

v.

LOCAL 850 INTERNATIONAL ASSOCIATION OF FIREFIGHTERS et al.

No. 81–6–M.P.

Supreme Court of Rhode Island.

Feb. 11, 1981.

Orlando A. Andreoni, City Sol., East Providence, for petitioner.

Taft, McSally & McKenna, James J. McKenna, Providence, for respondents.

ORDER

The petition for writ of certiorari is denied. The respondent's motion for counsel fee is denied.

Louis V. JACKVONY, Jr. et al.

v.

Anthony MONAFO et al.

No. 80–505–M.P.

Supreme Court of Rhode Island.

Feb. 11, 1981.

William A. Gosz, Providence, for plaintiffs-respondents.

Timothy D. O'Hara, Warren, for defendants-petitioners.

ORDER

The petitioners' motion that we reconsider their petition for writ of certiorari and petitioners' request for oral argument are both denied. R.I., 425 A.2d 86.

BEVILACQUA, C. J., did not participate.

William A. PETRARCA

v.

STATE.

No. 80–579–M.P.

Supreme Court of Rhode Island.

Feb. 11, 1981.

William A. Petrarca, pro se.

Dennis J. Roberts II, Atty. Gen., for respondent.

ORDER

The petitioner's motion to proceed in forma pauperis is granted. The petition for writ of habeas corpus is denied.